AO 240 (DELAWARE REV 7/00)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Plaintiff

V.

Defendant(s)

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

FILED NOV 2 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

05-763

CASE NUMBER: 0098090006423

I, Shawn VanLier, declare that I am the (check appropriate box)
☒ Petitioner/Plaintiff/Movant   ☐ Other in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒ Yes ☐ No (If "No" go to Question 2)

    If "YES" state the place of your incarceration Delaware Correctional Center (DCC)
    1181 Paddock Road
    Are you employed at the institution? ☒ Yes ☐ No   Smyrna, Delaware 19977

    Do you receive any payment from the institution? ☒ Yes ☐ No

    *Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past SIX months' transactions.  Ledger sheets are not required for cases filed pursuant to 28:USC §2254.*

2. Are you currently employed? ☒ Yes ☐ No

    a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. Approx 20$ a month

    b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. N/A

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment        ☐ Yes ☒ No
    b. Rent payments, interest or dividends                 ☐ Yes ☒ No
    c. Pensions, annuities or life insurance payments       ☐ Yes ☒ No
    d. Disability or workers compensation payments          ☐ Yes ☒ No
    e. Gifts or inheritances                                ☐ Yes ☒ No
    f. Any other sources                                    ☐ Yes ☒ No

    If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive. N/A

4. Do you have any cash or checking or savings accounts?    ☐ Yes ☑ No

   If "Yes" state the total amount $ __0__

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ☐ Yes ☑ No

   If "Yes" describe the property and state its value. N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   I pay monthly at least 10% of my gross earnings to a church.

   I declare under penalty of perjury that the above information is true and correct.

   Date: Oct 3, 2005        Signature of Applicant _Shawn Vanfier_