# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

05-763

TO: Shaun Vanlier   SBI#: 396856

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: October 7, 2005

---

Attached are copies of your inmate account statement for the months of April 1, 2005 to September 30, 2005

The following indicates the average daily balances.

FILED
NOV 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| April | 24.29 |
| May | 12.98 |
| June | 24.83 |
| July | 10.17 |
| Aug | 5.51 |
| Sept | 13.36 |

Average daily balances/6 months: 15.10

Attachments
CC: File

Stacy Shane
10/7/05

CERTIFICATE
(Incarcerated applicants only)
*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $ __3.25__ on account his/her credit at (name of institution) __Delaware Correctional Center__.

I further certify that the applicant has the following securities to his/her credit: __N/A__

I further certify that during the past six months the applicant's average monthly balance was $ __15.10__ and the average monthly deposits were $ __4109__

__10/17/05__
Date

__Stacy Shane__
Signature of Authorized Officer

(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)