05-763

AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District Superior Court New Castle Co. |
|---|---|

| Name Shawn VanLier | Prisoner No. 396856 | Case No. 9809006423 |
|---|---|---|

Place of Confinement: Delaware Correctional Center (DCC) 1181 Paddock Road Smyrna, Delaware 19977

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| Shawn VanLier | v. State of Delaware |

The Attorney General of the State of: Donald Roberts, New Castle Co. DE

## PETITION

1. Name and location of court which entered the judgment of conviction under attack: Superior Court of New Castle county, Delaware

2. Date of judgment of conviction: March 16, 2005

3. Length of sentence: Total: 27 years

4. Nature of offense involved (all counts): 1st degree attempted rape, 1st degree Kidnapping, 2nd degree wanton endangerment, and 3rd degree assault.

5. What was your plea? (Check one)
   (a) Not guilty ✓
   (b) Guilty ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   Overall plea of not guilty before, during, and after trial.

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ✓
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ✓

8. Did you appeal from the judgment of conviction?
   Yes ✓ No ☐

FILED
NOV 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

(a) Name of court _Supreme Court of Delaware_

(b) Result _Affirmed conviction on direct appeal._

(c) Date of result and citation, if known _December 27, 2002_

(d) Grounds raised _by highly ineffective counsel — Delay of trial was raised by appointed lawyer_

(e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

(1) Name of court _No other hearing was granted for_

(2) Result _direct appeal although it lacked the hard core issues (grounds) Vanlier wanted_

(3) Date of result and citation, if known _N/A_

(4) Grounds raised _N/A_

(f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

(1) Name of court _No such motion was filed._

(2) Result _N/A_

(3) Date of result and citation, if known _N/A_

(4) Grounds raised _N/A_

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
Yes ☒ No ☐

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court _Superior Court of New Castle Co., DE._

(2) Nature of proceeding _Rule (61) Post conviction relief_

(3) Grounds raised _Insufficient evidence (misidentification), Ineffective assistance of counsel,_

(3)

AO 241 (Rev. 5/85)

Purjury, 4th USCA violations, suggestive & vindictive testimony allowed, 6th USCA violations Judicial error, 5th and 14 USCA vio., Racism, and actual innocence, and ~~discretion~~ Abuse of descretion

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐  No ☑

(5) Result  Rule (61) Post-conviction relief motion denied

(6) Date of result  03/23/04 denied - in part

(b) As to any second petition, application or motion give the same information:

(1) Name of court  Supreme Court of Delaware

(2) Nature of proceeding  Rule (61) Post-conviction relief appeal from lower courts ruling

(3) Grounds raised  Judicial error, Abuse of discretion Actual innocence, Misidentification, Insuffient evidence, 6th USCA rights violations (with regard to speedy trial and improper police procedures, Ineffective assistance of counsel

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐  No ☑

(5) Result  motion denied / conviction affirmed

(6) Date of result  March 22, 2004 (decided in part).

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.  Yes ☑  No ☐
(2) Second petition, etc.  Yes ☑  No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

VanLier has repeatedly presented several essential arguements to first the district (Superior) court he was convicted and again Delaware Supreme courts.

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: **Ineffective assistance of counsel during trial and during direct appeal process.**

Supporting FACTS (state *briefly* without citing cases or law): **During trial VanLier's counsel failed miserably to challenge, refute or even dispute recanted and openingly perjured testimony. He failed to mention that all hard-core evidence from the state exonerated me from the allege victim and crime scene. No pre-trial motions were filed, and defendant had a two and half year delay before trial.**

B. Ground two: **Misidentification with insufficient evidence to substanuate state's claim.**

Supporting FACTS (state *briefly* without citing cases or law): **All of the states evidence which should include: Hair samples, blood samples, semen, fingerprints, and most importantly D.N.A and forensics overwhelming excluded Shawn VanLier from having any contact with the victim or crime scene. VanLier was convicted on circumstantial evidence alone.**

(5)

C. Ground three: 6th United States Constitutional Admendment violations (30 month trial delay) (improper photo display).

Supporting FACTS (state *briefly* without citing cases or law): After repeatedly and respectfully requesting the courts to acknowledge my rights to a speedy trial through several pre-trial motions and letters to Judges, attorneys, district attorney office and the Office of Disciplinary Counsel (ODC), I was delayed five separate times with proper cause or reason.

D. Ground four Judicial error and Purjury

Supporting FACTS (state *briefly* without citing cases or law): During the course of the trial the presiding judge Fred Silverman allowed perjured or the very least highly questionable testimony to reign free, along with allowing the state's primary witness to recant her story although I vigoriously protested both. There is also a highly questionable way he gave jury instructions.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them:

All grounds listed above have been previously raised however these are not exclusive of other grounds of which are listed on separate piece of paper.

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐    No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing Raymond M Radulski Public Defenders Office 5th Floor 820 N. French St. Wilmington, DE 19801

(b) At arraignment and plea Raymond M. Radulski Public Defenders Office 5th Floor 820 N. French St. Wilmington, DE 19801

(6)

# ~~Extended~~ grounds for relief under habeas corpus

E. Ground five: Abuse of descretion

Fact: Portions of Judge Fred S. Silverman's comments on what made the defendants identification believeable which was as he said "was a combination of one so-called direct witness (the allege victim) and circumstantial evidence", of which by most accounts exonerated Mr. VanLier according to state's own documented proofs. During trial and while given last minute jury instructions Judge Silverman took liberty to somehow re-define the stature of Kidnapping by using an ordinary dictionary to give definition to legal terms as they relate to a criminal case. Judge Silverman should have left the words "liberty" and "restraint" to the everyday understanding of the jury, instead of polluting it with his thoughts.

Extended grounds for relief
Under habeas corpus

F. Ground Six: Actual Innocence

1) From the beginning of the case it has plainly been said by the prosecutor that there is <u>no</u> real evidence to convict the then accused

2) VanLier of the charges he faced.

VanLier's representing attorney did indeed warn his client that although "the state of Delaware does'nt have a shred of evidence they will find you guilty off the allege victims testimony alone.

3) The judge who presided over trial and decided in a couple of recently filed post-conviction relief, rule (61) only reasoning behind upholding VanLier's conviction seems to center around VanLier's past criminal behavior and frivilous facts.

# ~~Extended~~ grounds for relief under habeas corpus

G. Ground~~s~~ seven: 5th and 14th U.S.C.A. due process rights violation

Before trial VanLier has repeatedly requested through several legal entities that his rights to a speedy trial be acknowledged. Through Judges, through district attorneys, through the Office of Disciplinary Counsel, and most of all through the highly ineffective counselors who supposely represented the then defendant. VanLier requested that these pre-trial motions be filed on his behalf: Speedy trial motion, (state) writ of habeas corpus, bail reduction and several others: These all went almost completely

# Extended grounds for relief
## Under habeas corpus

**H.(1) Ground Eight: Plain Error**

Fact: Criminal Law — To assure a fair and impartial trial, a jury must be adequately informed by the court, not only regarding the state's burden of proof beyond a reasonable doubt to support a conviction, but also in respect to all essential elements of the offense(s). The attempted 1st degree rape also talks about the defendant inflicted physical injury upon the victim on the ocassion of the crime. But the defendant was charged with assault in the 3rd degree extra which cures the infliction of physical injury upon the victim element of attempted rape in the 1st degree which makes it a double Jeopardy violation which make the petitioner's sentence and confinement illegal.

Extended ground for relief under habeas corpus

H.(2) Ground Eight: Rule 52(b) <u>plain error</u>. Plain Errors or defects affecting substantial rights may be noticed although they were not brought to the attention of the court. An edition – Plain Error is an error that is so obvious and prejudical that the appellate court should address it despite the parties failure to raise a proper objection. A plain error is said to be so obvious and substantial that failure to correct it would infringe a parties due process rights and damage the integrity of the entire judicial process in which he faced prosecution

AO 241 (Rev. 5/85)

(c) At trial  Edmund M Hillis Public Defenders Office 5th Floor, 820 N. French St. Wilmington, DE 19801

(d) At sentencing  Edmund M. Hillis Public Defenders Office 5th Floor, 820 N. French St. Wilmington DE 19801

(e) On appeal  Neil R Lapinski 919 Market Street P.O. Box 330 Wilmington, Delaware 19899

(f) In any post-conviction proceeding  Post-conviction relief (Del. Rule 61) was filed and represented Pro'Se.

(g) On appeal from any adverse ruling in a post-conviction proceeding  Post-conviction relief appeal to Delaware Supreme Court was filed Pro'Se.

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
    Yes ☒   No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐   No ☒
    (a) If so, give name and location of court which imposed sentence to be served in the future:  None
    
    (b) Give date and length of the above sentence:  N/A
    
    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐   No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

*Shawn Van[?]*
Signature of Attorney (if any)
Pro Se

I declare under penalty of perjury that the foregoing is true and correct. Executed on

10/27/2005
(date)

*Shawn Van[?]*
Signature of Petitioner

(7)



Shawn VanLier
SBI. 396856
f bld.
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

U.S. District Court
Lockbox 18
Boggs Federal Building
844 King Street
Wilmington, Delaware 19801