05-763
GMS



