IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHAWN HOSEA VANLIER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A.No. 05-763-GMS |
| | ) | |
| THOMAS L. CARROLL, et al., | ) | |
| | ) | |
| Respondents. | ) | |

MOTION FOR EXTENSION OF TIME TO FILE ANSWER

1. The petitioner, Shawn VanLier, has applied for federal habeas relief challenging the validity of his confinement.

2. By the terms of the Court's order, the respondent is directed to answer the petition and attach to the answer certified copies of the state court records material to the questions raised in the petitioner's writ.

3. The undersigned has completed a draft answer, but is awaiting review of that answer by his supervisor. Recent events in other cases have prevented this review from being completed as anticipated by March 6, 2006. Respondent therefore requests an additional ten days to file an answer to the petition for writ of habeas corpus.

4. The undersigned anticipates completing the answer by March 16, 2006. This is Respondent's second request for an extension of time.

5.  Respondent submits that an extension of time to and including March 16, 2006 in which to complete the answer and submit certified copies of State court records in this case is reasonable.

                STATE OF DELAWARE
                DEPARTMENT OF JUSTICE

                /s/_____
                Gregory E. Smith, I.D. No. 3869
                Deputy Attorney General
                820 North French Street, 7th Floor
                Carvel State Building
                Wilmington, Delaware  19801
                (302) 577-8398

Dated:  March 2, 2006