# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAWN HOSEA VANLIER,          ) | |
|                               ) | |
|     Petitioner,          ) | |
|                               ) | |
| v.                            ) | C.A.No. 05-763-GMS |
|                               ) | |
| THOMAS L. CARROLL, et al.,    ) | |
|                               ) | |
|     Respondents.        ) | |

## ORDER

Whereas, Respondent Thomas Carroll has requested an extension of time in which to answer Petitioner's petition for writ of habeas corpus and has presented reasonable cause for the request;

IT IS SO ORDERED this ____ day of _____, 200__, that Respondent's answer and certified State court records shall be due on or before March 16, 2006.

_____
Gregory M. Sleet
United States District Judge