## CERTIFICATION OF SERVICE

The undersigned certifies that on March 15, 2006, he electronically filed the attached *Answer* with the Clerk of Court using CM/ECF. The undersigned further certifies that on March 15, 2006 that he mailed by United State Postal Service the document(s) to the following non-registered participant:

Shawn VanLier
SBI No. 00396856
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

                                                    STATE OF DELAWARE
                                                    DEPARTMENT OF JUSTICE

                                                    /s/_____
                                                    Gregory E. Smith, ID # 3869
                                                    Deputy Attorney General
                                                    820 North French Street, 7th Floor
                                                    Carvel State Building
                                                    Wilmington, Delaware 19801
                                                    (302) 577-8398