IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAWN HOSEA VANLIER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v.  ) | C.A.No. 05-763-GMS |
| ) | |
| THOMAS L. CARROLL, et al., ) | |
| ) | |
| Respondents. ) | |

NOTICE OF FILING OF STATE COURT RECORDS

Respondent hereby submits certified copies of the following Delaware Supreme Court records:

a. Appellant's opening brief, filed April 11, 2005, *VanLier v. State*, No. 96, 2005.

b. State's answering brief and appendix, filed May 11, 2005, *VanLier v. State*, No. 96, 2005.

c. Order, issued September 16, 2005, *Laboy v. State*, No. 96, 2005.

d. Appellant's Notice of Appeal and Additional Argument, filed April 20, 2004, *VanLier v. State*, No. 151, 2004.

e. Appellant's Response to Rule to Show Cause, filed May 25, 2004, *VanLier v. State*, No. 151, 2004.

f. Order, issued June 8, 2004, *VanLier v. State*, No. 151, 2004.

g. Appellant's 26(c) brief and appendix, filed January 2, 2002, *VanLier v. State*, No. 287, 2001.

    h.  State's Response to Rule 26(c) brief, filed January 10, 2002, *VanLier v. State*, No. 287, 2001.

    i.  Appellant's opening brief and appendix, filed May 13, 2002, *VanLier v. State*, No. 287, 2001.

    j.  State's answering brief and appendix, filed June 12, 2002, *VanLier v. State*, No. 287, 2001.

    k.  Appellant's reply brief, filed July 1, 2002, *VanLier v. State*, No. 287, 2001.

    l.  Appellant's Supplemental Memorandum, filed August 19, 2002, *VanLier v. State*, No. 287, 2001.

    m.  State's Supplemental Memorandum, filed August 28, 2002, *VanLier v. State*, No. 287, 2001.

    n.  Order, issued December 27, 2002, *VanLier v. State*, No. 287, 2001.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/_____
Gregory E. Smith, I.D. No. 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801
Dated: March 14, 2006       (302) 577-8398