## CERTIFICATION OF SERVICE

The undersigned certifies that on March 15, 2005, he electronically filed the attached *Notice of Filing of State Court Records* with the Clerk of Court using CM/ECF. The undersigned certifies that he manually filed the above-listed documents with the Clerk of the Court. The undersigned further certifies that on March 15, 2005 that he mailed by United States Postal Service the document(s) to the following non-registered participant:

Shawn VanLier
SBI No. 00396856
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

          STATE OF DELAWARE
          DEPARTMENT OF JUSTICE

          /s/_____
          Gregory E. Smith, ID # 3869
          Deputy Attorney General
          820 North French Street, 7th Floor
          Carvel State Building
          Wilmington, Delaware 19801
          (302) 577-