IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAWN HOSEA VANLIER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ. A. No. 05-763-GMS |
| | ) |
| THOMAS L. CARROLL, Warden, | ) |
| | ) |
| Respondent. | ) |

ORDER

For the reasons set forth in the Memorandum Opinion issued this date, IT IS HEREBY ORDERED that:

1. Shawn Hosea Vanlier's petition for the writ of habeas corpus, filed pursuant to 28U.S.C § 2254, is DISMISSED, and the relief requested therein is DENIED. (D.I. 2.)

2. The court declines to issue a certificate of appealability.

Dated: Feb 20, 2008

CHIEF, UNITED STATES DISTRICT JUDGE

FILED

FEB 20 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE