# NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT DOCKET NUMBER: _____ (leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT COURT DOCKET NUMBER: 05-763-GMS

Shawn Vanlier

v.

Thomas L. Carroll

DISTRICT COURT JUDGE: Gregory M Sleet

Notice is hereby given that __Shawn Vanlier__ (Named Party) appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [ ] Order, [✓] Other (specify) __Memorandum Opinion__

entered in this action on __Feb 20, 2008__ (date)

Dated: 3/10/08

_Shawn Vanlier Pro Se_
(Counsel for Appellant-Signature)

FILED
MAR 13 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(Name of Counsel - Typed)

Delaware Correctional Center
(Address)

Smyrna, Delaware 19977
(City, State Zip)

(Telephone Number)

(Counsel for Appellee)

(Address)

(City, State Zip)

(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAWN HOSEA VANLIER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ. A. No. 05-763-GMS |
| | ) |
| THOMAS L. CARROLL, Warden, | ) |
| | ) |
| Respondent. | ) |

ORDER

For the reasons set forth in the Memorandum Opinion issued this date, IT IS HEREBY ORDERED that:

1. Shawn Hosea Vanlier's petition for the writ of habeas corpus, filed pursuant to 28U.S.C § 2254, is DISMISSED, and the relief requested therein is DENIED. (D.I. 2.)

2. The court declines to issue a certificate of appealability.

Dated: Feb 20, 2008

CHIEF, UNITED STATES DISTRICT JUDGE

FILED

FEB 20 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Certificate of Service

I, Shawn Vanlier, hereby certify that I have served a true And correct cop(ies) of the attached: Notice of Appeal and In Forma Pauperis upon the following parties/person (s):

TO: Gregory E Smith
820 N French St.
Wilmington, DE
19801

TO: _____

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 10th day of March, 2008

Shawn Vanlier