05-763 GMS

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: Shaun Vanlier   SBI#: 396856

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: March 3, 2008

FILED
MAR 13 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of September 1, 2007 to February 29, 2008.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Sept | 12.39 |
| Oct | 1.80 |
| Nov | 10.80 |
| Dec | 28.97 |
| Jan | 11.56 |
| Feb | 9.74 |

Average daily balances/6 months: 12.54

Attachments
CC: File

Stacy Shane
3/3/08

# Individual Statement
## From September 2007 to December 2007

Date Printed: 3/3/2008                                                                                               Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | Beginning Month Balance: | $3.50 |
|---|---|---|---|---|---|---|---|
| 00396856 | Vanlier | Shawn | | | | Ending Month Balance: | $20.32 |

**Current Location:** E    **Comments:**

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 9/4/2007 | $55.68 | $0.00 | $0.00 | $59.18 | 480115 | | FS 7/24-8/23/07 | |
| Canteen | 9/4/2007 | ($28.35) | $0.00 | $0.00 | $30.83 | 481327 | | | |
| Canteen | 9/11/2007 | ($12.62) | $0.00 | $0.00 | $18.21 | 484724 | | | |
| Canteen | 9/18/2007 | ($15.80) | $0.00 | $0.00 | $2.41 | 487129 | | | |
| Canteen | 9/25/2007 | ($2.25) | $0.00 | $0.00 | $0.16 | 490223 | | | |
| Misc Wage | 10/1/2007 | $25.92 | $0.00 | $0.00 | $26.08 | 493368 | | FS 8/24-9/23/07 | |
| Canteen | 10/2/2007 | ($20.03) | $0.00 | $0.00 | $6.05 | 494276 | | | |
| Pay-To | 10/3/2007 | ($2.60) | $0.00 | $0.00 | $3.45 | 495423 | | ROD PARSLEY'S MIN | |
| Canteen | 10/10/2007 | ($3.45) | $0.00 | $0.00 | $0.00 | 497689 | | | |
| Misc Wage | 11/1/2007 | $62.53 | $0.00 | $0.00 | $62.53 | 508032 | | FS 9/24-10/23/07 | |
| Pay-To | 11/1/2007 | ($6.30) | $0.00 | $0.00 | $56.23 | 508850 | | ROD PARSLEY'S MIN | |
| Canteen | 11/6/2007 | ($50.73) | $0.00 | $0.00 | $5.50 | 509872 | | | |
| Canteen | 11/13/2007 | ($5.26) | $0.00 | $0.00 | $0.24 | 513133 | | | |
| Misc Wage | 12/3/2007 | $69.16 | $0.00 | $0.00 | $69.40 | 521845 | | FS 10/24-11/23/07 | |
| Canteen | 12/4/2007 | ($29.25) | $0.00 | $0.00 | $40.15 | 522741 | | | |
| Pay-To | 12/5/2007 | ($7.00) | $0.00 | $0.00 | $33.15 | 523996 | | ROD PARSLEY'S MIN | |
| Canteen | 12/11/2007 | ($3.75) | $0.00 | $0.00 | $29.40 | 525673 | | | |
| Canteen | 12/18/2007 | ($27.36) | $0.00 | $0.00 | $2.04 | 528923 | | | |
| Mail | 12/19/2007 | $35.00 | $0.00 | $0.00 | $37.04 | 530168 | 101083147847 | | B HAMMOND |
| Canteen | 12/26/2007 | ($16.72) | $0.00 | $0.00 | $20.32 | 532364 | | | |

Ending Month Balance: $20.32

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: $0.00

# Individual Statement
## From January 2008 to February 2008

Page 1 of 1

Date Printed: 3/3/2008

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00396856 | Vanlier | Shawn | | | Beginning Month Balance: | $20.32 |
| Current Location: E | | | Comments: | | Ending Month Balance: | $1.71 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 1/2/2008 | $31.20 | $0.00 | $0.00 | $51.52 | 534567 | | | |
| Canteen | 1/2/2008 | ($18.02) | $0.00 | $0.00 | $33.50 | 535471 | | | |
| Pay-To | 1/3/2008 | ($3.20) | $0.00 | $0.00 | $30.30 | 536601 | | FOOD SERVICE 11/2 | |
| Canteen | 1/7/2008 | ($14.44) | $0.00 | $0.00 | $15.86 | 538593 | | | |
| Canteen | 1/15/2008 | ($11.90) | $0.00 | $0.00 | $3.96 | 542518 | | | |
| Canteen | 1/29/2008 | ($3.59) | $0.00 | $0.00 | $0.37 | 547568 | | | |
| Misc Wage | 2/1/2008 | $32.76 | $0.00 | $0.00 | $33.13 | 549741 | | 12/24-1/23/08 FOOD | ROD PARSLEY'S MIN |
| Pay-To | 2/1/2008 | ($3.30) | $0.00 | $0.00 | $29.83 | 550215 | | ROD PARSLEYS MIN | |
| Canteen | 2/5/2008 | ($19.52) | $0.00 | $0.00 | $10.31 | 551654 | | | |
| Canteen | 2/19/2008 | ($8.60) | $0.00 | $0.00 | $1.71 | 558303 | | | |

Ending Month Balance: $1.71

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: $0.00



IM Shawn Vanlier
SBI# 396856   UNIT E bld
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

US District Court
844 King Street
lock box 18
Wilmington, DE
19801