IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAWN HOSEA VANLIER, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>PERRY PHELPS, Warden, )<br>and JOSEPH R. BIDEN III, )<br>Attorney General of the State )<br>of Delaware, )<br>)<br>Respondents. ) | Civil Action No. 05-763-GMS |

ORDER

At Wilmington this 11th day of July 2008;

IT IS ORDERED that:

Petitioner Shawn Hosea Vanlier's motion to proceed *in forma pauperis* is **DENIED** as unnecessary. (D.I. 19.) The court previously granted Vanlier's request to proceed *in forma pauperis* on his § 2254 petition, (D.I. 4.), and his *in forma pauperis* status continues on appeal. *See* Federal Rule of Appellate Procedure 24(a)(3)("party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization, unless . . . the district court . . . certifies that the appeal is not taken in good faith").

_____
CHIEF, UNITED STATES DISTRICT JUDGE

FILED

JUL 11 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE