UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
844 King Street
Lockbox 18
Wilmington, Delaware  19801

July 23, 2008

Marcia Waldron, Clerk
United States Court of Appeals
  For the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

                    RE: Vanlier v. Carroll et al
                    Civil Action No.  05-763 GMS
                    USCA No.  08cv1773

Dear Ms. Waldron:

      Enclosed please find:


      The Actual Record being sent DI # 15.  Documents filed after February 28, 2005 will not be sent.  They were electronically filed.  Please find them on cm/ecf.


      Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

                                Very truly yours,


                               /s/ Elizabeth Strickler
                                Deputy Clerk


Enclosures                      Sign here  _____